■ SAMANTHA KIZIS, an Infant, by Her Father and Natural Guardian, ANGELO RIVERA, et al., Appellants, v TOI L. NEHRING et al., Respondents. (Appeal No. 1.) [817 NYS2d 196]—Motion for resettlement denied. Present—Scudder, J.P., Kehoe, Martoche, Smith and Pine, JJ.

■ ANTHONY VALVO et al., Respondents, v LOYAL ORDER OF MOOSE 1614, Appellant. [816 NYS2d 398]—Motion for reargument denied. Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.

■ ANDRE WAUL, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 102787.) [816 NYS2d 398]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.

■ UNILAND PARTNERSHIP OF DELAWARE L.P., as Successor by Merger to UNILAND DEVELOPMENT COMPANY, Respondent, v BLUE CROSS OF WESTERN NEW YORK INC. et al., Appellants. [816 NYS2d 398]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Scudder, Kehoe, Green and Hayes, JJ.

■ JOSEPH CAMPBELL, Appellant, v CENTRAL NEW YORK REGIONAL TRANSPORTATION AUTHORITY, Respondent. [816 NYS2d 397]—Motion for leave to appeal to the Court of Appeals granted. Present—Hurlbutt, J.P., Gorski, Green, Pine and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES CHAPMAN, Appellant. [816 NYS2d 398]—Motion for reconsideration denied. Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Smith and Pine, JJ.

■ BETTY KOLNACKI, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 103121.) [816 NYS2d 397]—Motion for leave to appeal to the Court of Appeals granted. Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Martoche and Hayes, JJ.